Argued and submitted February 28, reversed and remanded for reconsideration October 11, 1995

WAYNE STEVEN MARTIN,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A82840)

903 P2d 419

Alan H. Biedermann, Deputy Public Defender, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender.

Robert K. Lau, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Fernandez v. Board of Parole,* 137 Or App 247, 904 P2d 1071 (1995).